IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for Soundview Home Loan Trust 2007-OPT5, Asset-Backed Certificates, Series 2007-OPT5, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS RENE PITRE, <br><br> Defendant. | § § § § § § § § § § § § § § § No. 3:17-CV-3177-N (BT) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated September 6, 2018. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. Accordingly, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the summary judgment motion (ECF No. 12) filed by Plaintiff Wells Fargo Bank, N.A., as Trustee for Soundview Home Loan Trust 2007-OPT5, Asset-Backed Certificates, Series 2007-OPT5 ("Wells Fargo as Trustee"), is GRANTED.

**IT IS FURTHER ORDERED** that Wells Fargo as Trustee shall be authorized to judicially foreclose upon the lien created by the Texas Home Equity Security Instrument (First Lien), dated July 12, 2007, and recorded in the Dallas County real property records as Instrument Number 20070268636, against the encumbered real property and improvements located at 10810 Dove Brook Circle, Dallas, Texas, 75230.

Wells Fargo as Trustee shall submit a proposed form of final judgment concerning the judicial foreclosure to the Court within ten days of this Order.

**SO ORDERED,** this 24th day of September, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE