IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., as Trustee for Soundview Home Loan Trust 2007-OPT5, Asset-Backed Certificates, Series 2007-OPT5, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS RENE PITRE, <br><br> Defendant. | § § § § § § § § § § § § § | Case No. 3:17-cv-3177-N |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 12, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Travis Rene Pitre's Motion to Vacate (ECF No. 33), which the Court construes as a motion to alter or amend a judgment under Rule 59(e), is **DENIED**.

**SO ORDERED**, this 9th day of August, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE